UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA BURROWS,

    Plaintiff,                                 Civil Action No. 15-CV-13618

vs.                                                  HON. BERNARD A. FRIEDMAN

PETER CUBBA, et al.,

    Defendants.

_____/

## **OPINION AND ORDER GRANTING DEFENDANTS'**
## **MOTION TO AMEND THE SCHEDULING ORDER**

This matter is before the Court on defendants' motion to amend the scheduling order. Plaintiff has responded. Pursuant to E.D. Mich. LR 7.1(f)(2), the Court shall decide this motion without a hearing.

The Court's November 29, 2016, scheduling order set April 1, 2017 as the dispositive motion deadline. Now defendants seek to extend that deadline to August 31, 2017. Fed. R. Civ. P. 16(b)(4) states that the Court may modify a scheduling order "only for good cause."

Here, defendants have shown good cause to extend the dispositive motion deadline. First, though defendants completed discovery by the March 1, 2017, deadline, plaintiff had not. Defendants agreed several times to plaintiff's request extend the discovery and dispositive motion deadlines, and they sent the Court stipulated orders to that effect. Second, the Court decided the last pending discovery motion on June 30, 2017, nearly three months after the deadline had run. In other words, for several months, both parties were amenable to extending the motions deadline, which expired with a discovery motion pending. The Court finds that these reasons suffice to show good cause.

Further, the Court will extend the dispositive motion deadline for reasons of judicial economy. The Court urges both parties to take advantage of this extension to narrow and refine the issues. Finally, the Court, having reviewed the filings and being intimately familiar with the case's history, considers an extension to be in the interests of justice.

Accordingly,

IT IS ORDERED that defendants' motion to amend the scheduling order is granted.

Dated: August 23, 2017  
       Detroit, Michigan

s/Bernard A. Friedman  
BERNARD A. FRIEDMAN  
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 23, 2017.

s/Johnetta M. Curry-Williams  
Acting in the Absence of Carol Mullins  
Case Manager and Deputy Clerk